1

2

3

4

5

6

7

8              IN THE UNITED STATES DISTRICT COURT

9              FOR THE EASTERN DISTRICT OF CALIFORNIA

10   MARIO NGWAZI WOOTEN,

11              Plaintiff,                No. CIV S-11-0070 DAD P

12        vs.

13   MIKE GREGORY SOKOHOU,

14              Defendants.              FINDINGS AND RECOMMENDATIONS

15   _____/

16              Plaintiff is a state prisoner proceeding pro se.  Plaintiff's complaint was filed with

17   the court on January 7, 2011.  The court's own records reveal that on August 10, 2010, plaintiff

18   filed a complaint containing virtually identical allegations against the same defendant.  (No. Civ.

19   S-10-2138 MCE DAD P).[1]   Due to the duplicative nature of the present action, the court will

20   recommend that the complaint be dismissed.

21              In accordance with the above:

22              IT IS HEREBY ORDERED that the Clerk of the Court is directed to randomly

23   assign a United States District Judge to this action.

24   /////

25   _____

26        [1]  A court may take judicial notice of court records.  See MGIC Indem. Co. v. Weisman,
     803 F.2d 500, 505 (9th Cir. 1986); United States v. Wilson, 631 F.2d 118, 119 (9th Cir. 1980).

                                            1

1        IT IS HEREBY RECOMMENDED that this action be dismissed without

2    prejudice.  See Fed. R. Civ. P. 41(b).

3        These findings and recommendations are submitted to the District Judge assigned

4    to this case pursuant to the provisions of 28 U.S.C. § 636(b)(l).  Within fourteen days after being

5    served with these findings and recommendations, plaintiff may file written objections with the

6    court.  The document should be captioned "Objections to Magistrate Judge's Findings and

7    Recommendations."  Any response to the objections shall be filed and served within fourteen

8    days after service of the objections.  Plaintiff is advised that failure to file objections within the

9    specified time may waive the right to appeal the District Court's order.  Martinez v. Ylst, 951

10   F.2d 1153 (9th Cir. 1991).

11   DATED: March 14, 2011.

12

13                                                  _____

14   DAD:9                                          DALE A. DROZD
     woot0070.23                                    UNITED STATES MAGISTRATE JUDGE
15

16

17

18

19

20

21

22

23

24

25

26